IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODNEY WILLIAMS**                                                                                         **PLAINTIFF**

**v.**                                   **Case No. 4:19-cv-00082-KGB**

**ARKANSAS OFFICE OF**
**CHILD SUPPORT,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court is the status of this case. In an Order entered on October 28, 2020, the court ordered Mr. Williams to show cause within 30 days of the date of the Order why the Court should not dismiss his claims for lack of subject-matter jurisdiction pursuant to the *Rooker-Feldman* doctrine (Dkt. No. 28). Mr. Williams has not responded to the Order and the time for doing so has passed. Accordingly, for the reasons set forth in the Order to show cause the Court dismisses Mr. Williams's claims (Dkt. Nos. 2, 10).

So ordered this the 2nd day of December, 2020.

Kristine G. Baker
United States District Court Judge