IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODNEY WILLIAMS**                                                                            **PLAINTIFF**

**v.**                      **Case No. 4:19-cv-00082-KGB**

**ARKANSAS OFFICE OF**
**CHILD SUPPORT,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Rodney Williams's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2, 10). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 2nd day of December, 2020.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Court Judge